

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**FILED**
NOV 27 1998
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

ENTERED
CLERK, U.S. DISTRICT COURT
DEC 22 1998
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

| | |
|---|---|
| DANNY JAMES COHEA, | No. 98-56664 |
| Petitioner, | DC# CV-97-6319-ABC |
| v. | Central California |
| SUSAN HUBBARD, Warden; ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, | ORDER |
| Respondents. | |

Before: BRUNETTI and SILVERMAN, Circuit Judges

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).



FILED
DEC 10 1998
LODGED
CLERK, U.S. DISTRICT COURT
DEC 10 1998
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY



ENTERED
CLERK, U.S. DISTRICT COURT
DEC 22 1998
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY



✓ Docketed
__ Mld copy Ptys
__ Mld Notice Ptys
__ JS-6

S:\PANELORD\MOATT\11.24.98\ka\98-56664.wpd



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
DEC 09 1998
by: R. Roberts
Deputy Clerk

ENTERED ON ICMS
12/22/98

INTERNAL USE ONLY: Proceedings include all events.
98-56664 Cohea v. Hubbard, etc., et al

| | |
|---|---|
| DANNY JAMES COHEA<br>    Petitioner - Appellant | Danny James Cohea<br>#J13647 \|B-1-110<br>[COR LD NTC prs]<br>SSP - SACRAMENTO STATE PRISON<br>P.O. Box 290066<br>Represa, CA 95671-0066 |
| v. | |
| SUSAN HUBBARD, Warden<br>    Respondent - Appellee | Joseph P. Lee, Esq.<br>[COR LD NTC dag]<br>OFFICE OF ATTORNEY GENERAL OF<br>CALIFORNIA<br>300 South Spring Street<br>Los Angeles, CA 90013-1204 |
| ATTORNEY GENERAL OF THE STATE<br>OF CALIFORNIA<br>    Respondent - Appellee | Linda Cheryl Johnson, Esq.<br>[COR LD NTC dag]<br>ATTORNEY GENERAL'S OFFICE<br>300 South Spring Street<br>Los Angeles, CA 90013 |